Case 5:21-cv-00076-OLG   Document 16   Filed 05/27/21   Page 1 of 1

FILED
May 27, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU
                  DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ALISHA HUNTER,** § | |
| *Plaintiff*, § | |
| § | |
| *v.* § | |
| § | **Civil Action No. 5:21-cv-00076-OLG** |
| **EXPERIAN INFORMATION** § | |
| **SOLUTIONS, INC.; CAPITAL ONE** § | |
| **BANK (USA), NATIONAL** § | |
| **ASSOCIATION; SECURITY SERVICE** § | |
| **FEDERAL CREDIT UNION; AND** § | |
| **DOES 1 THROUGH 100, INCLUSIVE,** § | |
| *Defendants.* § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

On May 25, 2021, the parties advised the Court that this case settled. *See* docket no. 14. Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so **ORDERED**.

**SIGNED** this   27th   day of May, 2021.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE